IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA UPON     PLAINTIFF
THE RELATION AND FOR THE USE OF
THE TENNESSEE VALLEY AUTHORITY

v.     CIVIL ACTION NO. 3:22-cv-00108-SA-RP

EASEMENTS AND RIGHTS-OF-WAY OVER     DEFENDANTS
3.94 ACRES OF LAND, MORE OR LESS, IN
DESOTO COUNTY, MISSISSIPPI, et al.

ORDER OF RECUSAL

The above styled and numbered case was assigned to United States District Judge Sharion Aycock on June 10, 2022. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge in the Northern District of Mississippi.

This, the 13th day of June, 2022.

           /s/ Sharion Aycock
           UNITED STATES DISTRICT JUDGE