IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

UNITED STATES OF AMERICA
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY,                                         PLAINTIFF

v.                                                                  CASE NO. 3:22cv108-GHD-RP

EASEMENTS AND RIGHTS-OF-WAY OVER
3.94 ACRES OF LAND, MORE OR LESS,
IN DESOTO COUNTY, MISSISSIPPI, and
GOLF, INC., a Mississippi corporation,
BANCORPSOUTH BANK
  (f/k/a Bank of Mississippi),
JAMES E. WOODS, trustee,
J. Patrick Caldwell, trustee                                        DEFENDANTS

ORDER OF RECUSAL

The Court notes that BancorpSouth Bank and its corporate successor; Cadence Bank, is a nominal party to this action. This corporate entity appears on the Court's recusal list as a result of stock ownership.

Accordingly, pursuant to the applicable rules regarding conflicts of interest, the undersigned hereby RECUSES himself from further participation in this cause. The case *sub judice* is returned to the Clerk of the United States District Court for the Northern District of Mississippi for reassignment.

SO ORDERED, this  14th  day of June, 2022.

_____
SENIOR UNITED STATES DISTRICT JUDGE